No. _____CR 07 00523 JW HRL_____

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

FILED
2007 AUG -8 P 2: 31
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

*SEALED BY ORDER OF THE COURT*

### THE UNITED STATES OF AMERICA
### vs.
### RICARDO SAEZ and
### DANIEL ROBLEDO

## INDICTMENT

<u>Count One</u>: Title 21, United States Code, Sections 846 and 841(b)(1)(B)(viii) - Conspiracy to Distribute Methamphetamine

<u>Count Two</u>: Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii) - Distribution of Methamphetamine

<u>Count Three</u>: Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii) - Distribution of Methamphetamine

*A true bill.*

_____
Foreperson

Filed in open court this ___8___ day of ___Aug___

A.D. 2007

_____
UNITED STATES MAGISTRATE JUDGE

Bail. $ __No bail arrest warrant__

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED

2007 AUG -8  P 2: 31

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

SEALED BY ORDER
OF THE COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. 07 00523 JW HRL |
| Plaintiff, ) | VIOLATIONS: 21 U.S.C. § 846 – Conspiracy to Distribute Methamphetamine; 21 U.S.C. § 841(a)(1) - Distribution of Methamphetamine |
| v. ) | |
| RICARDO SAEZ and ) DANIEL ROBLEDO, ) | SAN JOSE VENUE |
| Defendants. ) | |

## INDICTMENT

The Grand Jury charges:

COUNT ONE: (21 U.S.C. §§ 846 and 841(b)(1)(B)(viii))

On or about June 5, 2006, and continuing through and including June 20, 2006, in the Northern District of California, the defendants,

RICARDO SAEZ and
DANIEL ROBLEDO,

did knowingly and intentionally conspire with other persons known and unknown to the Grand Jury to distribute a controlled substance, to wit, 5 grams and more of methamphetamine,

**INDICTMENT**

its salts, isomers, and salts of its isomers, and 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(B)(viii).

<u>COUNT TWO:</u>  (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii))

On or about June 6, 2006, in the Northern District of California, the defendants,

RICARDO SAEZ and
DANIEL ROBLEDO,

did knowingly and intentionally distribute a controlled substance, to wit, 5 grams and more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

<u>COUNT THREE:</u>  (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii))

On or about June 20, 2006, in the Northern District of California, the defendants,

RICARDO SAEZ and
DANIEL ROBLEDO,

did knowingly and intentionally distribute a controlled substance, to wit, 5 grams and more of

//
//
//
//
//
//
//
//
//
//
//
//
//

INDICTMENT                                            2

1  methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United
2  States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

3
4                                              A TRUE BILL.
5
6  DATED: *Aug-8, 2007*
                                               _____
                                               FOREPERSON
7
8  SCOTT N. SCHOOLS
   United States Attorney
9
10
11 DAVID R. CALLAWAY
   Deputy Chief, San Jose Office
12
13
14 (Approved as to form: _____ )
                         AUSA O'Connell
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INDICTMENT                                     3

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

| Name of District Court, and/or Judge/Magistrate Location |
|---|
| NORTHERN DISTRICT OF CALIFORNIA |

**OFFENSE CHARGED**

SEE ATTACHMENT TO PENALTY SHEET

FILED
2007 AUG -8 P 2: 32
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
SEE ATTACHMENT TO PENALTY SHEET

SEALED BY ORDER OF THE COURT

**DEFENDANT - U.S.**
▶ DANIEL ROBLEDO

**DISTRICT COURT NUMBER**
CR 07 00523 JW HRL

---

**PROCEEDING**

Name of Complainant Agency, or Person (&Title, if any)
S/A Robert Patrizi - ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM    SCOTT N. SCHOOLS
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    THOMAS M. O'CONNELL

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No } If "Yes" give date filed _____

**DATE OF ARREST** ▶ _____ Month/Day/Year
Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ _____ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

UNITED STATES OF AMERICA

v.

RICARDO SAEZ and
DANIEL ROBLEDO

ATTACHMENT TO PENALTY SHEET

<u>Count One</u>: Title 21, United States Code, Sections 846 and 841(b)(1)(B)(viii) - Conspiracy to Distribute Methamphetamine

5 years imprisonment (mandatory minimum)
40 imprisonment (maximum)
$2,000,000 Fine
4 years of supervised release
$100 special assessment

<u>Count Two</u>: Title 21, United States Code, Sections 846 and 841(b)(1)(B)(viii) - Distribution of Methamphetamine

5 years imprisonment (mandatory minimum)
40 imprisonment (maximum)
$2,000,000 Fine
4 years of supervised release
$100 special assessment

<u>Count Three</u>: Title 21, United States Code, Sections 846 and 841(b)(1)(B)(viii) - Distribution of Methamphetamine

5 years imprisonment (mandatory minimum)
40 imprisonment (maximum)
$2,000,000 Fine
4 years of supervised release
$100 special assessment

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**
SEE ATTACHMENT TO PENALTY SHEET

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

FILED
2007 AUG -8 P 2:31
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**PENALTY:**
SEE ATTACHMENT TO PENALTY SHEET

SEALED BY ORDER OF THE COURT

CR 07 00523 JW HRL

**DEFENDANT - U.S.**
▶ RICARDO SAEZ

**DISTRICT COURT NUMBER**

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**PROCEEDING**
Name of Complainant Agency, or Person (&Title, if any)
S/A Robert Patrizi-ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} MAGISTRATE CASE NO.

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
THOMAS M. O'CONNELL

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

UNITED STATES OF AMERICA

v.

RICARDO SAEZ and
DANIEL ROBLEDO

ATTACHMENT TO PENALTY SHEET

Count One: Title 21, United States Code, Sections 846 and 841(b)(1)(B)(viii) - Conspiracy to Distribute Methamphetamine

5 years imprisonment (mandatory minimum)
40 imprisonment (maximum)
$2,000,000 Fine
4 years of supervised release
$100 special assessment

Count Two: Title 21, United States Code, Sections 846 and 841(b)(1)(B)(viii) - Distribution of Methamphetamine

5 years imprisonment (mandatory minimum)
40 imprisonment (maximum)
$2,000,000 Fine
4 years of supervised release
$100 special assessment

Count Three: Title 21, United States Code, Sections 846 and 841(b)(1)(B)(viii) - Distribution of Methamphetamine

5 years imprisonment (mandatory minimum)
40 imprisonment (maximum)
$2,000,000 Fine
4 years of supervised release
$100 special assessment