UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**AMENDED RELATED CASE ORDER**

A Notice of Related Cases has been filed that the following cases are related within the meaning of Crim. L.R. 8-1(b):

| | |
|---|---|
| **CR-07-00504-JW** | **USA vs Ricardo Saez, et.al** |
| **CR-07-00507-JF*** | **USA vs Ricardo Saez, et.al** |
| **CR-07-00523-JW** | **USA vs Ricardo Saez, et.al** |
| **CR-07-00524-RMW** | **USA vs Ricardo Saez, et.al** |
| **CR-07-00525-JF** | **USA vs Ricardo Saez, et.al** |
| **CR-XX-XXXXX-XX** | **USA vs Underseal** |

**ORDER**

The time for filing a statement to support or oppose the Notice has passed. On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[ ] ARE NOT RELATED as defined by Crim. L.R. 8-1(b).

[ ] ARE RELATED as defined by Crim. L.R. 8-1(b). I find, however, that reassignment to me of the action(s) currently assigned to another judge is not warranted.

[X] ARE RELATED as defined by Crim. L.R. 8-1(b). Pursuant to Crim. L.R. 8-1(e), the Clerk of Court is ordered to reassign the later-filed action to the undersigned. Counsel are instructed that all future filings are to bear the initials immediately after the case number. All matters presently scheduled for hearing in the reassigned case(s) are vacated and must be renoticed for hearing before the undersigned.

DATED: 9/18/2007

_____
UNITED STATES DISTRICT JUDGE

* Amended to include CR-07-00507-JF

CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record in the cases listed above.

Richard W. Wieking, Clerk

DATED:                                                       By:_____
                                                                              Deputy Clerk

Copies to: Courtroom Deputies
          Case Systems Administrators
          Counsel of Record
Entered into Assignment Program:
              (date)