UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

| | |
|---|---|
| Judge: James Ware | Courtroom Deputy: Elizabeth Garcia |
| Date: 9/17/2007 | Court Reporter: Irene Rodriguez |
| Case No: CR-07-0523 JW | U.S. Probation Officer: N/A |
| | Interpreter: N/A |

## TITLE

U.S.A. v. Ricardo Saez (1)( C)

Attorney(s) for Plaintiff(s): Benjamin Kennedy for Tom O'Connell
Attorney(s) for Defendant(s): Mary Conn

## PROCEEDINGS

Status/Trial Setting

## ORDER AFTER HEARING

Hearing Held. Defendant Saez present and in custody for proceedings. The Court noted that this was the Defendant's Initial appearance before the Court. Last day for Trial is 11/1/2007. The Defendant was arraigned on the Indictment. The Defendant waived formal reading of the indictment. The Defendant entered a plea of NOT GUILTY as to Counts 1, 2, 3 of the Indictment.

The Court continued this matter to 10/22/2007 at 1:30 PM for a Further Status Hearing. Time is excluded from 9/17/2007 to 10/22/2007 to accommodate coordination of related case matters and for efforts to resolve this case short of trial.

**Last Date for Trial**: 11/1/2007

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: