UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware
**Date:** 10/22/2007
**Case No:** CR-07-0523 JW

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez
**U.S. Probation Officer:** N/A
**Interpreter:** N/A

## TITLE

U.S.A. v. Ricardo Saez ( C )

**Attorney(s) for Plaintiff(s):** Tom O'Connell
**Attorney(s) for Defendant(s):** Mary Conn

## PROCEEDINGS

**Further Status Hearing**

## ORDER AFTER HEARING

**Hearing Held. Defendant Saez present and in custody for proceedings. The Court continued this matter to 12/3/2007 at 1:30 PM for a Further Status Hearing. Time is excluded from 10/22/2007 to 12/3/2007 to accommodate defense counsel's further investigation into discovery documents and for efforts to resolve this case short of trial.**

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: