UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** 12/3/2007 | **Court Reporter:** Summer Clanton |
| **Case No:** CR-07-0504 JW | **U.S. Probation Officer:** N/A |
| **Related Cases:** CR 07-0507 JW | **Interpreter:** N/A |
| CR 07-0523 JW | |
| CR 07-0524 JW | |
| CR 07-0525 JW | |

## TITLE

U.S.A. v. Ricardo Saez ( C ) (1)

Attorney(s) for Plaintiff(s): Tom O'Connell
Attorney(s) for Defendant(s): Bruce Funk for Mary Conn

## PROCEEDINGS

Judgment and Sentencing

## ORDER AFTER HEARING

Hearing Held. Defendant present and in custody for proceedings. The Court set a Trial Setting/Disposition Hearing for January 14, 2008 at 1:30 PM. Time is excluded from December 3, 2007 through January 14, 2008 for efforts to resolve this matter short of trial.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: