**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff(s),<br><br>  v.<br><br>SAEZ,<br><br>        Defendant(s).<br>_____/ | No. CR 07-00507 JW<br>No. CR 07-00523 JW<br>No. CR 07-00524 JW<br>No. CR 07-00525 JW<br><br>CLERK'S NOTICE CONTINUING MOTION HEARING TIME |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Motion Hearing re Representation as to Defendant Saez ONLY before Judge James Ware previously noticed for January 17, 2008 at 1:30 PM has been reset to January 17, 2008 **at 3:00 PM,** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated: January 15, 2008

                                            FOR THE COURT,
                                            Richard W. Wieking, Clerk

                                            by:        /s/
                                                      Elizabeth Garcia
                                                      Courtroom Deputy