UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***E-FILED*ND*

## CRIMINAL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** 2/11/2008 | **Court Reporter:** Christine Bedard |
| **Case No.:** CR- 07-0504 JW | **U.S. Probation Officer:** N/A |
| **Related Case No.:** | **Interpreter:** N/A |
| CR 07-0507 JW USA v. Saez | |
| CR 07-0523 JW USA v. Saez | |
| CR 07-0524 JW USA v. Saez | |
| CR 07-0525 JW USA v. Saez | |

## TITLE

U.S.A. v. Ricardo Saez ( C)(1) and Rolando Barrientos ( C)(2)

Attorney(s) for Plaintiff(s): Tom O'Connell
Attorney(s) for Defendant(s): Jack Gordon for Ricardo Saez
Peter Leeming for Rolando Barrientos

## PROCEEDINGS

Status Hearing re Identification of Counsel as to BOTH Defendants in CR 07-504 JW and Ricardo Saez in related cases: CR 07-0507 JW USA v. Saez, CR 07-0523 JW USA v. Saez, CR 07-0524 JW USA v. Saez, CR 07-0525 JW USA v. Saez

## ORDER AFTER HEARING

Hearing Held. Both Defendants present and in custody for proceedings. The Court previously granted appointment of new counsel. New counsel appointed for both defendants. The Court continued this matter to March 17, 2008 at 1:30 PM for Trial Setting/Disposition Hearing as to BOTH defendants. Time is excluded as to both defendants from February 11, 2008 through March 17, 2008 to allow new counsel to review discovery and for efforts to resolve the matter short of trial.

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: