## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***

### CRIMINAL MINUTES

**Judge: James Ware**                                    **Courtroom Deputy: Elizabeth Garcia**
**Date:  4/28/2008**                                       **Court Reporter: Summer Clanton**
**Case No.: CR-07-0524 JW**                         **U.S. Probation Officer: N/A**
**Related Case No.: CR-07-0504 JW**              **Interpreter:   N/A**
                           **CR-07-0507 JW**
                           **CR-07-0523 JW**
                           **CR-07-0525 JW**

### TITLE

**U.S.A. v. Ricardo Saez (1) ( C)**

**Attorney(s) for Plaintiff(s): Tom O'Connell**
**Attorney(s) for Defendant(s): Jack Gordon**

### PROCEEDINGS

**Disposition Hearing**

### ORDER AFTER HEARING

**Hearing Held.  Defendant present and in custody for proceedings.  The defendant plead in open Court as to Count 2 in CR-07-0524 JW.  A plea agreement was executed in open Court.  The Government moved to dismiss Counts 1, 3,4 in CR-07-0524 JW and to Dismiss Indictments in CR-07-0504 JW, CR-07-0507 JW, CR-07-0523 JW, CR-07-0525 JW.  The Court submitted the Government's Motion until the date of sentencing.  The Court referred this matter to the Probation Office for preparation of Presentence Investigation Report in CR-07-0524 JW.  The Court set a date for Judgment and Sentencing on July 7, 2008 at 1:30 PM.**

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed/C. Escolano**
CC: USPO